# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: ZEN GROUP, INC. | § | Case No. 13-11183 |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 20, 2013. The undersigned trustee was appointed on July 25, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $       16,434.79

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 1,518.48 |
   | Bank service fees | 501.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]      $ | 14,415.31 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/26/2013 and the deadline for filing governmental claims was 12/26/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,393.48. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,663.37, for a total compensation of $1,663.37.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/24/2015            By: /s/NORMAN NEWMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-11183  
**Case Name:** ZEN GROUP, INC.

**Period Ending:** 09/24/15

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 06/11/13 (c)  
**§341(a) Meeting Date:** 07/25/13  
**Claims Bar Date:** 12/26/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Business checking account, First Midwest Bank | 4,000.00 | 4,000.00 | | 1,373.11 | FA |
| 2 | Heartland Housing - Security Deposit for Restaur | 5,125.00 | 5,125.00 | | 0.00 | FA |
| 3 | Right to reinstate sales tax license revoked by | 0.00 | Unknown | | 0.00 | FA |
| 4 | Business address; Tables and chairs, booths, off | 25,000.00 | 25,000.00 | | 6,250.00 | FA |
| 5 | Beer cooler, juicer, steam tables, 2 deep fryer, | 80,000.00 | 80,000.00 | | 5,875.00 | FA |
| 6 | Dishes, silverware, glassware, shelving units, p | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 7 | Clothes, employee uniforms | 500.00 | 500.00 | | 0.00 | FA |
| 8 | 2 42 flat screen TV, JBL sound system, video sur | 5,000.00 | 5,000.00 | | 1,250.00 | FA |
| 9 | Desk, computer, printer, filing cabinets, shelvi | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 10 | POS system and printers | 6,500.00 | 6,500.00 | | 1,625.00 | FA |
| 11 | Child Support  (u) | 0.00 | 0.00 | | 61.68 | FA |
| 11 | **Assets   Totals** (Excluding unknown values) | **$139,125.00** | **$139,125.00** | | **$16,434.79** | **$0.00** |

**Major Activities Affecting Case Closing:**

Sold debtor's equipment and personal property.  Employed accountant to prepare tax returns.

**Initial Projected Date Of Final Report (TFR):**   March 31, 2014      **Current Projected Date Of Final Report (TFR):**   November 30, 2015

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-11183 | | Trustee: | NORMAN NEWMAN (330270) |
|---|---|---|---|---|
| Case Name: | ZEN GROUP, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account: | ********19 - Checking Account |
| Taxpayer ID #: | **-***3394 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/24/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/26/13 | {11} | SUPPORT, CHILD | Return of Child Support Payment for Employee-Cortes | 1290-000 | 61.68 | | 61.68 |
| 08/13/13 | {1} | NATIONAL ACCOUNT SERVICES | Turn over of bank account funds pursuant to Order dated 7/9/13 | 1129-000 | 1,373.11 | | 1,434.79 |
| 09/24/13 | | Q-BBQ LAGRANGE LLC | Sale of Personal Property pursuant to Order dated 9/24/13 | | 15,000.00 | | 16,434.79 |
| | {4} | | Business Address, 6,250.00 tables, chairs, etc. | 1129-000 | | | 16,434.79 |
| | {5} | | Beer cooler, juicer, 5,875.00 steam tables, etc. | 1129-000 | | | 16,434.79 |
| | {8} | | 2-42 flat screen TV, JBL 1,250.00 sound system, etc. | 1129-000 | | | 16,434.79 |
| | {10} | | POS system and printers 1,625.00 | 1129-000 | | | 16,434.79 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 16,424.79 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.42 | 16,400.37 |
| 12/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.60 | 16,376.77 |
| 12/13/13 | | ASSOCIATED BANK | TRANSFER TO RABOBANK, N.A. | 9999-000 | | 16,376.77 | 0.00 |
| | | | ACCOUNT TOTALS | | 16,434.79 | 16,434.79 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 16,376.77 | |
| | | | Subtotal | | 16,434.79 | 58.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $16,434.79 | $58.02 | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-11183
**Case Name:** ZEN GROUP, INC.

**Taxpayer ID #:** **-***3394
**Period Ending:** 09/24/15

**Trustee:** NORMAN NEWMAN (330270)
**Bank Name:** RABOBANK, N.A.
**Account:** ******4966 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/13/13 | | RABOBANK, N.A. | TRANSFER FROM ASSOCIATED BANK | 9999-000 | 16,376.77 | | 16,376.77 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.13 | 16,362.64 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.31 | 16,338.33 |
| 02/05/14 | 10101 | MILLER COOPER & CO., LTD. | Retainer pursuant to Order dated 2/4/14 | 3410-000 | | 1,500.00 | 14,838.33 |
| 02/10/14 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2014 FOR CASE #13-11183, Bond #016026455 | 2300-000 | | 12.99 | 14,825.34 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.20 | 14,804.14 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.58 | 14,783.56 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.68 | 14,760.88 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.23 | 14,739.65 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.49 | 14,719.16 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.28 | 14,695.88 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.43 | 14,675.45 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.51 | 14,652.94 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.77 | 14,631.17 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.93 | 14,612.24 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.81 | 14,588.43 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.98 | 14,567.45 |
| 02/11/15 | 10103 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-11183, Bond Number 10BSBGR6291 Voided on 02/11/15 | 2300-000 | | 5.37 | 14,562.08 |
| 02/11/15 | 10103 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-11183, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | 2300-000 | | -5.37 | 14,567.45 |
| 02/11/15 | 10104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-11183, Bond Number 10BSBGR6291 Voided on 02/11/15 | 2300-000 | | 5.49 | 14,561.96 |
| 02/11/15 | 10104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-11183, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | 2300-000 | | -5.49 | 14,567.45 |
| 02/11/15 | 10105 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-11183, BOND NUMBER 10BSBGR6291 | 2300-000 | | 5.49 | 14,561.96 |

Subtotals :    $16,376.77    $1,814.81

{} Asset reference(s)

Printed: 09/24/2015 01:56 PM    V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 13-11183 | | Trustee: | NORMAN NEWMAN (330270) |
|---|---|---|---|---|
| Case Name: | ZEN GROUP, INC. | | Bank Name: | RABOBANK, N.A. |
| | | | Account: | ******4966 - Checking Account |
| Taxpayer ID #: | **-***3394 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/24/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.55 | 14,542.41 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.31 | 14,520.10 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.88 | 14,499.22 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.15 | 14,479.07 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.21 | 14,456.86 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.48 | 14,435.38 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.07 | 14,415.31 |
| | | | **ACCOUNT TOTALS** | | 16,376.77 | 1,961.46 | **$14,415.31** |
| | | | Less: Bank Transfers | | 16,376.77 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,961.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,961.46** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********19** | 16,434.79 | 58.02 | 0.00 |
| **Checking # ******4966** | 0.00 | 1,961.46 | 14,415.31 |
| | **$16,434.79** | **$2,019.48** | **$14,415.31** |

{} Asset reference(s)                                                              Printed: 09/24/2015 01:56 PM    V.13.25

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 26, 2013

**Case Number:** 13-11183  
**Debtor Name:** ZEN GROUP, INC.

Page: 1

**Date:** September 24, 2015  
**Time:** 01:56:31 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 100 | United States Trustee<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Admin Ch. 7 | | $650.00 | $0.00 | 650.00 |
| MC-F 199 | MILLER COOPER & CO., LTD.<br>1751 Lake Cook Road, Suite 400<br>Deerfield, IL 60015 | Admin Ch. 7 | | $1,769.60 | $1,500.00 | 269.60 |
| 200 | NORMAN NEWMAN<br>191 N. WACKER DRIVE<br>SUITE 1800<br>CHICAGO, IL 60606-1615 | Admin Ch. 7 | | $2,393.48 | $0.00 | 2,393.48 |
| MS-E 200 | MUCH SHELIST, P.C.<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $67.50 | $0.00 | 67.50 |
| MS-F 200 | MUCH SHELIST, P.C.<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $16,958.50 | $0.00 | 16,958.50 |
| 1 570 | Internal Revenue Service<br>230 S. Dearborn Street<br>Room 2600, M/S 5014 CHI<br>Chicago, IL 60604 | Priority | | $32,989.07 | $0.00 | 32,989.07 |
| 4 580 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664 | Priority | | $21,365.00 | $0.00 | 21,365.00 |
| 1 201 | Internal Revenue Service<br>230 S. Dearborn Street<br>Room 2600, M/S 5014CHI<br>Chicago, IL 60604 | Secured | | $24,506.92 | $0.00 | 24,506.92 |
| 4 201 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664 | Secured | | $124,751.84 | $0.00 | 124,751.84 |
| 3 610 | COMMONWEALTH EDISON Co<br>3 LINCOLN CENTER<br>Attn Bankruptcy Section<br>OAKBROOK TERRACE, IL 60181 | Unsecured | | $1,105.18 | $0.00 | 1,105.18 |
| 5 610 | Office of the U.S. Trustee<br>219 S. Dearborn St. Room 873<br>Chicago, IL 60604 | Unsecured | Case No. on POC is for Debtor Allen Der. | $975.00 | $0.00 | 975.00 |
| 1 630 | Internal Revenue Service<br>230 S. Dearborn Street<br>Room 2600, M/S 5014 CHI<br>Chicago, IL 60604 | Unsecured | | $4,000.00 | $0.00 | 4,000.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 26, 2013

**Case Number:** 13-11183  
**Debtor Name:** ZEN GROUP, INC.

Page: 2

**Date:** September 24, 2015  
**Time:** 01:56:31 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 630 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664 | Unsecured | | $1,170.62 | $0.00 | 1,170.62 |
| **<< Totals >>** | | | | 232,702.71 | 1,500.00 | 231,202.71 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                    Exhibit D

Case No.: 13-11183
Case Name: ZEN GROUP, INC.
Trustee Name: NORMAN NEWMAN

**Balance on hand:**                              $          14,415.31

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 24,506.92 | 24,506.92 | 0.00 | 0.00 |
| 4 | Illinois Department of Revenue | 124,751.84 | 124,751.84 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $          0.00
Remaining balance:                         $     14,415.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN NEWMAN | 2,393.48 | 0.00 | 1,663.37 |
| Attorney for Trustee, Fees - MUCH SHELIST, P.C. | 16,958.50 | 0.00 | 11,785.43 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 67.50 | 0.00 | 46.91 |
| Accountant for Trustee, Fees - MILLER COOPER & CO., LTD. | 1,769.60 | 1,500.00 | 269.60 |
| Fees, United States Trustee | 650.00 | 0.00 | 650.00 |

Total to be paid for chapter 7 administration expenses:    $     14,415.31
Remaining balance:                                          $          0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $          0.00
Remaining balance:                                             $          0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $54,354.07 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Internal Revenue Service | 32,989.07 | 0.00 | 0.00 |
| 4 | Illinois Department of Revenue | 21,365.00 | 0.00 | 0.00 |

Total to be paid for priority claims:  $    0.00
Remaining balance:  $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,080.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3 | COMMONWEALTH EDISON Co | 1,105.18 | 0.00 | 0.00 |
| 5 | Office of the U.S. Trustee | 975.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $    0.00
Remaining balance:  $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $    0.00
Remaining balance:  $    0.00

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 5,170.62 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Internal Revenue Service | 4,000.00 | 0.00 | 0.00 |
| 4 | Illinois Department of Revenue | 1,170.62 | 0.00 | 0.00 |

    Total to be paid for subordinated claims: $    0.00
    Remaining balance: $    0.00

**UST Form 101-7-TFR (05/1/2011)**