UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 13-11183 |
| ZEN GROUP, INC., d/b/a BARRIO | ) | Hon. Donald R. Cassling |
| URBAN TAQUERIA, | ) | Hearing Date: Tues., Nov. 17, 2015 |
| | ) | at 9:30 a.m. |
| Debtor. | ) | |

### NOTICE OF MOTION

To:  See Attached Service List

**PLEASE TAKE NOTICE** that on **Tuesday, November 17, 2015** at **9:30 a.m**., or as soon thereafter as may be possible, we shall appear before the Honorable Donald R. Cassling or any other Judge sitting in his stead, in **Courtroom 619**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee for Authorization to Pay Final Compensation to Trustee's Accountants,** a copy of which is hereby served upon you.

/s/ Norman B. Newman
Norman B. Newman, Trustee

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

### CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, affirms that on October 15, 2015, he served a copy of the attached Motion together with attachments upon those individuals listed on the attached service list by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois.

/s/Norman B. Newman

6051673_1

## **SERVICE LIST**

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Zen Group, Inc.
714 W. Diversey Parkway
Chicago, IL 60614

John Ellsworth
Ellsworth Law Group
929 S. 111th Street
West Allis, WI 53214

Richard Fonfrias
Fonfrias Law Group, LLC
70 W. Madison Street, Suite 1400
Chicago, IL 60602

Charles Cohen
Miller Cooper & Co., Ltd.
1751 Lake Cook Road
Suite 400
Deerfield, IL 60015

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 13-11183 |
| ZEN GROUP, INC., d/b/a BARRIO | ) | Hon. Donald R. Cassling |
| URBAN TAQUERIA, | ) | Hearing Date: Tues., Nov. 17, 2015 |
| | ) | at 9:30 a.m. |
| Debtor. | ) | |

**APPLICATION OF TRUSTEE FOR AUTHORIZATION TO PAY FINAL COMPENSATION TO TRUSTEE'S ACCOUNTANTS**

Norman B. Newman, Trustee herein (the "Trustee"), moves this Court for authorization to pay Miller Cooper & Co., Ltd., ("Miller Cooper") the Trustee's accountants, final compensation under §§330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. In support of his motion, the Trustee respectfully states as follows:

1. On March 20, 2013, Zen Group, Inc., (the "Debtor"), filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. On June 11, 2013, the Debtor's Chapter 11 case was converted to a case under Chapter 7 of the Bankruptcy Code. The Trustee was subsequently appointed interim Trustee.

3. On February 4, 2014, this Court entered an Order authorizing the Trustee to employ Miller Cooper as accountants for the Trustee. The Trustee was also authorized to pay Miller Cooper a retainer in the amount of $1,500.00.

4. Based on the time value of the services rendered, Miller Cooper is entitled to receive final compensation in the amount of $1,769.60 for services rendered on behalf of the Trustee.

5. Other than is permitted under Section 504 of the Bankruptcy Code, Miller Cooper has no agreement with any other person or firm with regard to its compensation in this case.

6. At all times relevant hereto, Miller Cooper provided accounting services in the most efficient and cost effective manner.

7. Miller Cooper expended 4.80 hours of services assisting the Trustee in the preparation of final federal and state tax income returns for the year 2013. A statement of services rendered for this task is attached hereto as Exhibit "A". The individuals involved in this activity and the time expended by them are as follows:

| Accountant | Hours Expended | Hourly Rate | Total |
| --- | --- | --- | --- |
| Avrum Katz | 4.00 hrs. | $395.00/hr. | $1,580.00 |
| Tara Hibbard | .30 hrs. | $276.00/hr. | 82.80 |
| Robin Schrader | .20 hrs. | $255.00/hr. | 51.00 |
| Laura Lopez | .30 hrs. | $186.00/hr. | 55.80 |
| | | | |
| **Total:** | **4.80 hrs.** | | **$1,769.60** |

8. The services were rendered in connection with and in furtherance of assisting Trustee in the performance of his duties as delineated by Section 704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re: Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).    9.

The services rendered by Miller Cooper provided a benefit to Trustee and to the creditors of this estate.

**WHEREFORE**, Trustee respectfully prays that this Court enter an Order as follows:

1. Awarding Miller Cooper final compensation in the amount of $1,769.60 for services rendered as a Chapter 7 expense of administration of this estate;

2. Authorizing Miller Cooper to apply the $1,500.00 retainer it received against the compensation awarded;

      3.      Authorizing the Trustee to pay Miller Cooper $269.60 representing the balance owing after the application of the retainer; and

      3.      Granting such other and further relief as this Court deems appropriate.

                Respectfully submitted,

                /s/ Norman B. Newman
                Norman B. Newman, Chapter 7 Trustee
                for the bankruptcy estate of Jeffrey M. Grimm, Sr.

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | **Case No. 13-11183** |
| ZEN GROUP, INC., d/b/a BARRIO | ) | **Hon. Donald R. Cassling** |
| URBAN TAQUERIA, | ) | **Hearing Date: Tues., Nov. 17, 2015** |
| | ) | **at 9:30 a.m.** |
| Debtor. | ) | |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES**

Name of Applicant:                              Miller Cooper & Co., Ltd.

Authorized to provide professional services to:   Norman B. Newman, Chapter 7 Trustee

Date of Order Authorizing Employment:           February 4, 2014

Period for which compensation is sought:        1/17/14 thru 8/25/15

Amount of fees sought:                          $1,769.60

Amount of expense reimbursement sought:         $0.00

Retainer previously received:                   $1,500.00

This is a(n):        Interim Application ___        Final Application X
Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated: 10/15/15                                 **Miller Cooper & Co., Ltd.**

                                                By: /s/Norman B. Newman

6                                                                       6051673_1