UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 13-11183 |
| ZEN GROUP, INC., d/b/a BARRIO | ) | Hon. Donald R. Cassling |
| URBAN TAQUERIA, | ) | Hearing Date: Tues., Nov. 17, 2015 |
| | ) | at 9:30 a.m. |
| Debtor. | ) | |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Tuesday, November 17, 2015** at **9:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Donald R. Cassling or any other Judge sitting in his stead, in **Courtroom 619**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Compensation and Expenses,** a copy of which is hereby served upon you.

/s/ Norman B. Newman
Norman B. Newman, Trustee

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, affirms that on October 15, 2015, he served a copy of the attached Motion together with attachments upon those individuals listed on the attached service list by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois.

/s/Norman B. Newman

## SERVICE LIST

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Zen Group, Inc.
714 W. Diversey Parkway
Chicago, IL 60614

John Ellsworth
Ellsworth Law Group
929 S. 111th Street
West Allis, WI 53214

Richard Fonfrias
Fonfrias Law Group, LLC
70 W. Madison Street, Suite 1400
Chicago, IL 60602

EXHIBIT E

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ZEN GROUP, INC. | ) | Case No. 13-11183 |
| | ) | |
| Debtor. | ) | Hon. DONALD R CASSLING |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION AND EXPENSES**

To:   THE HONORABLE DONALD R CASSLING

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, requests $2,393.48 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $16,434.79. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st $5,000.00 | $ | 1,250.00 | ($1,250.00 max) |
| 10% on next $45,000.00 | $ | 1,143.48 | ($4,500.00 max) |
| 5% on next $950,000.00 | $ | 0.00 | ($47,500.00 max) |
| 3% of balance | $ | 0.00 | |
| | | | |
| TOTAL COMPENSATION | $ | 2,393.48 | |

## II. TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies (0.00 copies @ 0.00¢/copy) | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Other (explain): | $ | 0.00 |
| TOTAL EXPENSES | $ | 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: September 24, 2015

s/ NORMAN NEWMAN
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
ADDRESS



**MUCH SHELIST**

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Zen Group, Inc. dba Barrio Urban Taqueria
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **09/22/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0010881.0009**

13 - Trustee Matters

### SERVICES RENDERED THROUGH SEPTEMBER 22, 2015

| | |
|---|---:|
| Current Fees | 10,493.50 |
| ***CURRENT FEES AND EXPENSES*** | **$10,493.50** |

---

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**



**QUESTIONS?**
billinginquiries@muchshelist.com  www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000   F 312.521.2100

FEIN 36-2757501

Zen Group, Inc. dba Barrio Urban Taqueria
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **09/22/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0010881.0009**

13 - Trustee Matters

**FEES THROUGH SEPTEMBER 22, 2015**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 06/11/13 | NBN | Review appointment letter, docket, lift stay order and schedules and SOFA (1.3); correspondences with G. Silver and landlord's attorney regarding business operations (.40). | 1.70 |
| 06/12/13 | NBN | Telephone conference with J. Ellsworth and discussions with G. Silver regarding closing down the business (.40); review Menchaca Chapter 13 case and telephone call with R. Fonfrias regarding offer for business (.40). | 0.80 |
| 06/14/13 | NBN | Correspondences with G. Silver and D. Menchaca confirming restaurant closed (.40); correspondences with representatives of landlord regarding Trustee appointment, changing locks and removal of non-debtor property (.70). | 1.10 |
| 06/17/13 | NBN | Telephone conference and correspondences with D. Menchaca regarding payroll, equipment and dealing with buyer (.80); correspondences with R. Blumberg regarding selling equipment (.30); telephone call with lessor's attorney regarding status (.20); review correspondences regarding Artwork (.20). | 1.50 |
| 06/20/13 | NBN | Correspondences with S. Bowers regarding interest in equipment (.20); correspondences with representatives of Chase Bank regarding funds in bank account (.20). | 0.40 |
| 06/21/13 | NBN | Telephone conference with C. Wojcicki regarding access to premises for architect (.20); correspondences with M. High and S. Bowers regarding equipment (.30). | 0.50 |
| 06/25/13 | NBN | Telephone conference with S. Bowen regarding viewing equipment (.20); correspondences with M. High regarding same (.20). | 0.40 |
| 06/26/13 | NXS | Open bank account, obtained federal identification number (.20); deposit funds received (.20). | 0.40 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Zen Group, Inc. dba Barrio Urban Taqueria
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **09/22/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0010881.0009**

13 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 06/28/13 | NBN | Correspondence to M. High and S. Bowers regarding viewing equipment. | 0.30 |
| 07/08/13 | NBN | Review order granting motion to employ attorney and telephone call with J. Cassling's office regarding matters up 7/9 (.30); review schedules and Statement of Financial Affairs (.40). | 0.70 |
| 07/08/13 | NXS | Reconcile bank account. | 0.20 |
| 07/17/13 | NBN | Telephone conference with S. Bowers regarding inspecting equipment (.20); telephone call with representatives of Chase regarding turnover order (.20); telephone call with C. Wojcicki regarding status of lease negotiations (.20). | 0.60 |
| 07/24/13 | NBN | Correspondences with S. Bowers regarding value of equipment (.20); telephone call with D. Menchaca regarding Section 341 meeting tomorrow (.20); telephone call with representative of JP Morgan Chase regarding issuing checks (.20). | 0.60 |
| 08/08/13 | NBN | Telephone conference with representative of Chase regarding funds to be turned over. | 0.20 |
| 08/13/13 | NBN | Review funds from bank account. | 0.20 |
| 08/13/13 | NXS | Reconcile bank account. | 0.20 |
| 08/13/13 | NXS | Deposit funds received from turn over of bank account. | 0.20 |
| 09/11/13 | NXS | Reconcile bank account. | 0.20 |
| 09/13/13 | NBN | Review claim of U.S. Trustee. | 0.20 |
| 09/23/13 | NBN | Inspection at premises regarding upcoming equipment sale (1.3); correspondences with buyer's attorney regarding Bill of Sale (.20). | 1.50 |
| 09/24/13 | NBN | Review initial report of assets (.10); deposit sale proceeds (.10); correspondences with D. Menchaca regarding tax returns (.20). | 0.40 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

 

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Zen Group, Inc. dba Barrio Urban Taqueria
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **09/22/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0010881.0009**

13 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 09/24/13 | NXS | Deposit funds received from the sale of personal goods. | 0.20 |
| 09/25/13 | NBN | Review notice of claim bar date. | 0.20 |
| 09/30/13 | NBN | Review claim bar date notice (.20); review IDOR lien claim (.20). | 0.40 |
| 10/01/13 | NBN | Correspondences with D. Menchaca regarding tax returns needed. | 0.20 |
| 10/16/13 | NXS | Reconcile bank account. | 0.20 |
| 11/06/13 | NXS | Reconcile bank account. | 0.20 |
| 11/18/13 | NBN | Correspondence with C. Cohen regarding employment as accountant. | 0.20 |
| 12/26/13 | NBN | Review claim of IRS's (.20); correspondence with C. Cohen regarding tax returns (.20). | 0.40 |
| 12/27/13 | NBN | Review claims of IRS and IDOR regarding priority issue. | 0.30 |
| 01/14/14 | NXS | Reconcile bank account. | 0.20 |
| 01/27/14 | NBN | Review original affidavit from C. Cohen (.10); review latest distribution from American Home Mortgage case (.20). | 0.30 |
| 02/10/14 | NXS | Issue check to International Sureties re: blanket bond. | 0.20 |
| 02/11/14 | NXS | Reconcile bank account. | 0.20 |
| 02/17/14 | NBN | Telephone conference with A. Katz regarding information needed to request tax returns. | 0.20 |
| 03/11/14 | NXS | Reconcile bank account. | 0.20 |
| 04/10/14 | NBN | Correspondences with A. Katz regarding status of tax returns. | 0.20 |
| 04/21/14 | NBN | Correspondences with A. Katz regarding tax returns. | 0.20 |
| 04/24/14 | NBN | Telephone conference with A. Katz regarding tax returns and sale of equipment. | 0.20 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

 

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501



Zen Group, Inc. dba Barrio Urban Taqueria
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **09/22/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0010881.0009**

13 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 05/01/14 | NXS | Reconcile bank account. | 0.20 |
| 05/12/14 | NXS | Reconcile bank account. | 0.20 |
| 06/10/14 | NXS | Reconcile bank account. | 0.20 |
| 07/14/14 | NXS | Reconcile bank account. | 0.20 |
| 08/18/14 | NXS | Reconcile bank account. | 0.20 |
| 09/15/14 | NXS | Reconcile bank account. | 0.20 |
| 10/15/14 | NBN | Telephone conference with A. Katz regarding status of getting tax returns. | 0.20 |
| 10/15/14 | NXS | Reconcile bank account. | 0.20 |
| 11/10/14 | NXS | Reconcile bank account. | 0.20 |
| 12/10/14 | NXS | Reconcile bank account. | 0.20 |
| 01/12/15 | NXS | Reconcile bank account. | 0.20 |
| 01/20/15 | NBN | Telephone conference with D. Liebowitz regarding Menchaca Chapter 7 and no assets. | 0.20 |
| 02/11/15 | NXS | Issue check to Trustee re: blanket bond. | 0.10 |
| 02/12/15 | NXS | Reconcile bank account. | 0.20 |
| 02/16/15 | NBN | Review forms 1 and 2 and correspondences with A. Katz. | 0.30 |
| 03/11/15 | NXS | Reconcile bank statement. | 0.20 |
| 04/14/15 | NXS | Reconcile bank statements. | 0.20 |
| 04/20/15 | NBN | Telephone conference with C. Cohen regarding tax return information. | 0.20 |
| 05/15/15 | NXS | Reconcile bank statements. | 0.20 |
| 06/05/15 | NXS | Reconcile bank statements. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**



**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Zen Group, Inc. dba Barrio Urban Taqueria
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **09/22/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0010881.0009**

13 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 07/17/15 | NXS | Reconcile bank statements. | 0.20 |
| 08/26/15 | NBN | Telephone conference with A. Katz regarding tax return to be filed via regular mail. | 0.20 |
| 08/27/15 | NBN | Transmit 2013 federal and state tax returns. | 0.20 |
| 09/01/15 | NBN | Review claims register and U.S.T.'s claims. | 0.30 |
| 09/02/15 | NXS | Reconcile bank accounts. | 0.20 |
| 09/11/15 | NXS | Reconcile bank accounts for the period ending August, 2015. | 0.20 |
|  |  | **Total Hours** | **21.80** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Zen Group, Inc. dba Barrio Urban Taqueria
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **09/22/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0010881.0009**

13 - Trustee Matters

### TIMEKEEPER SUMMARY THROUGH SEPTEMBER 22, 2015

| Timekeeper | Rate | Hours |
|---|---|---|
| Newman, Norman B. | $605.00 | 12.80 |
| Newman, Norman B. | $625.00 | 2.70 |
| Sulak, Nancy A. | $165.00 | 1.80 |
| Sulak, Nancy A. | $170.00 | 4.50 |
| **Total Hours** | | **21.80** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.