**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ZEN GROUP, INC. | § Case No. 13-11183 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 11/17/2015 in Courtroom 619, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  10/15/2015        By:  /s/ Norman B. Newman
                                                Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ZEN GROUP, INC.  § Case No. 13-11183
 §
 §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 16,434.79 |
| *and approved disbursements of* | $ 2,019.48 |
| *leaving a balance on hand of* [1] | $ 14,415.31 |
| **Balance on hand:** | $ 14,415.31 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 24,506.92 | 24,506.92 | 0.00 | 0.00 |
| 4 | Illinois Department of Revenue | 124,751.84 | 124,751.84 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,415.31 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN NEWMAN | 2,393.48 | 0.00 | 1,663.37 |
| Attorney for Trustee, Fees - MUCH SHELIST, P.C. | 16,958.50 | 0.00 | 11,785.43 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 67.50 | 0.00 | 46.91 |
| Accountant for Trustee, Fees - MILLER COOPER & CO., LTD. | 1,769.60 | 1,500.00 | 269.60 |
| Fees, United States Trustee | 650.00 | 0.00 | 650.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 14,415.31 |
| Remaining balance: | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $54,354.07 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | 32,989.07 | 0.00 | 0.00 |
| 4 | Illinois Department of Revenue | 21,365.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,080.18 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | COMMONWEALTH EDISON Co | 1,105.18 | 0.00 | 0.00 |
| 5 | Office of the U.S. Trustee | 975.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $           0.00
Remaining balance:   $           0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 5,170.62 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | 4,000.00 | 0.00 | 0.00 |
| 4 | Illinois Department of Revenue | 1,170.62 | 0.00 | 0.00 |

Total to be paid for subordinated claims:  $           0.00
Remaining balance:   $           0.00


Prepared By:  /s/NORMAN NEWMAN
                         Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                            Case No. 13-11183-DRC
Zen Group, Inc.                                                   Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: bchavez              Page 1 of 1              Date Rcvd: Oct 16, 2015
                              Form ID: pdf006            Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2015.
db             +Zen Group, Inc.,    714 W. Diversey Parkway,    Chicago, IL 60614-1516
20203073       +Chicago Department of Revenue Tax,    333 S. State St #300,    Chicago, IL 60604-3913
20203074       +Comcast,   1255 W. North Ave,    Chicago, IL 60642-1562
20203078       +Groot Garbage Disposal,    8475 West 53rd Street,    McCook, IL 60525-3276

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20753427       +E-mail/Text: legalcollections@comed.com Oct 17 2015 01:14:30      COMMONWEALTH EDISON Co,
                 3 LINCOLN CENTER,    Attn Bankruptcy Section,    OAKBROOK TERRACE, IL 60181-4204
20203076       +E-mail/Text: legalcollections@comed.com Oct 17 2015 01:14:30      ComEd,    440 S. LaSalle Street,
                 Chicago, IL 60605-1028
20203082        E-mail/Text: cio.bncmail@irs.gov Oct 17 2015 01:12:04      Department of the Treasury,
                 Internal Revenue Service,    PO Box 7346,   Philadelphia PA 19101-7346
20203081        E-mail/Text: rev.bankruptcy@illinois.gov Oct 17 2015 01:12:58
                 Illinois Department of Revenue,    100 W. Randolph St 7-400,    Chicago, IL 60601
20874225        E-mail/Text: rev.bankruptcy@illinois.gov Oct 17 2015 01:12:58
                 Illinois Department Of Revenue,    Bankruptcy Section,   P. O. Box 64338,
                 Chicago, ILLinois 60664-0338
20605802       +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Oct 17 2015 01:12:44      Office of the U.S. Trustee,
                 219 S. Dearborn St.,    Room 873,   Chicago, IL 60604-2027
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20203077*     +ComEd,   440 S. LaSalle Street,    Chicago, IL 60605-1028
20203075*     +Comcast,   1255 W. North Ave,    Chicago, IL 60642-1562
20203079*     +Groot Garbage Disposal,    8475 West 53rd Street,   McCook, IL 60525-3276
20984125*     +Office of the U.S. Trustee,    219 S. Dearborn St. Room 873,   Chicago, IL 60604-2027
20203080     ##+Heartland Housing DNDC,    208 S. Lasalle St,   Suite 1818,   Chicago, IL 60604-1156
20203083     ##+Peoples Gas,    130 East Randoph Street,   Chicago, IL 60601-6207
                                                                                           TOTALS: 0, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2015 at the address(es) listed below:
              Faith Dolgin    on behalf of Creditor    Illinois Department Of Revenue faith.dolgin@illinois.gov
              Jeffrey M Schwartz    on behalf of Trustee Norman B Newman jschwartz@muchshelist.com,
               nsulak@muchshelist.com
              John Ellsworth    on behalf of Debtor    Zen Group, Inc. ellsworthlegal@yahoo.com
              M. Gretchen Silver    on behalf of U.S. Trustee Patrick S Layng ustpregion11.es.ecf@usdoj.gov,
               gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
              Norman B Newman    on behalf of Accountant    Miller Cooper & Co., Ltd. nnewman@muchshelist.com,
               nsulak@muchshelist.com;IL83@ecfcbis.com
              Norman B Newman    on behalf of Attorney    Much Shelist, P.C. nnewman@muchshelist.com,
               nsulak@muchshelist.com;IL83@ecfcbis.com
              Norman B Newman     nnewman@muchshelist.com,    nsulak@muchshelist.com;IL83@ecfcbis.com
              Norman B Newman    on behalf of Trustee Norman B Newman nnewman@muchshelist.com,
               nsulak@muchshelist.com;IL83@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert A. Kahn    on behalf of Creditor    Heartland Housing, Inc., As Agent for Diversey
               Neighborhood Development Corporation kahnsell@aol.com
                                                                                             TOTAL: 10
```