**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: ZEN GROUP, INC.   § Case No. 13-11183
                        §
                        §
Debtor(s)               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $18,625.00                    Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00          Claims Discharged
                                                Without Payment: N/A

Total Expenses of Administration: $16,434.79

---

  3) Total gross receipts of $ 16,434.79 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $16,434.79 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

Case 13-11183   Doc 46   Filed 12/24/15   Entered 12/24/15 10:39:11   Desc Main
                            Document       Page 2 of 9

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $179,233.00 | $149,258.76 | $149,258.76 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 22,358.56 | 22,358.56 | 16,434.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 54,354.07 | 54,354.07 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 7,250.80 | 7,250.80 | 0.00 |
| **TOTAL DISBURSEMENTS** | $179,233.00 | $233,222.19 | $233,222.19 | $16,434.79 |

4) This case was originally filed under Chapter 7 on March 20, 2013. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2015          By: /s/NORMAN NEWMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Business checking account, First Midwest Bank | 1129-000 | 1,373.11 |
| Business address; Tables and chairs, booths, off | 1129-000 | 6,250.00 |
| Beer cooler, juicer, steam tables, 2 deep fryer, | 1129-000 | 5,875.00 |
| 2 42 flat screen TV, JBL sound system, video sur | 1129-000 | 1,250.00 |
| POS system and printers | 1129-000 | 1,625.00 |
| Child Support | 1290-000 | 61.68 |
| **TOTAL GROSS RECEIPTS** | | **$16,434.79** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 4300-000 | 28,233.00 | 24,506.92 | 24,506.92 | 0.00 |
| 4 | Illinois Department of Revenue | 4210-000 | 151,000.00 | 124,751.84 | 124,751.84 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$179,233.00** | **$149,258.76** | **$149,258.76** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN NEWMAN | 2100-000 | N/A | 2,393.48 | 2,393.48 | 1,663.37 |
| United States Trustee | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| MILLER COOPER & CO., LTD. | 3410-000 | N/A | 1,769.60 | 1,769.60 | 1,769.60 |
| MUCH SHELIST, P.C. | 3120-000 | N/A | 67.50 | 67.50 | 46.91 |
| MUCH SHELIST, P.C. | 3110-000 | N/A | 16,958.50 | 16,958.50 | 11,785.43 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 24.42 | 24.42 | 24.42 |
| ASSOCIATED BANK | 2600-000 | N/A | 23.60 | 23.60 | 23.60 |
| Rabobank, N.A. | 2600-000 | N/A | 14.13 | 14.13 | 14.13 |
| Rabobank, N.A. | 2600-000 | N/A | 24.31 | 24.31 | 24.31 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 12.99 | 12.99 | 12.99 |
| Rabobank, N.A. | 2600-000 | N/A | 21.20 | 21.20 | 21.20 |
| Rabobank, N.A. | 2600-000 | N/A | 20.58 | 20.58 | 20.58 |
| Rabobank, N.A. | 2600-000 | N/A | 22.68 | 22.68 | 22.68 |
| Rabobank, N.A. | 2600-000 | N/A | 21.23 | 21.23 | 21.23 |
| Rabobank, N.A. | 2600-000 | N/A | 20.49 | 20.49 | 20.49 |
| Rabobank, N.A. | 2600-000 | N/A | 23.28 | 23.28 | 23.28 |
| Rabobank, N.A. | 2600-000 | N/A | 20.43 | 20.43 | 20.43 |
| Rabobank, N.A. | 2600-000 | N/A | 22.51 | 22.51 | 22.51 |
| Rabobank, N.A. | 2600-000 | N/A | 21.77 | 21.77 | 21.77 |
| Rabobank, N.A. | 2600-000 | N/A | 18.93 | 18.93 | 18.93 |
| Rabobank, N.A. | 2600-000 | N/A | 23.81 | 23.81 | 23.81 |
| Rabobank, N.A. | 2600-000 | N/A | 20.98 | 20.98 | 20.98 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 5.49 | 5.49 | 5.49 |
| Rabobank, N.A. | 2600-000 | N/A | 19.55 | 19.55 | 19.55 |
| Rabobank, N.A. | 2600-000 | N/A | 22.31 | 22.31 | 22.31 |
| Rabobank, N.A. | 2600-000 | N/A | 20.88 | 20.88 | 20.88 |
| Rabobank, N.A. | 2600-000 | N/A | 20.15 | 20.15 | 20.15 |
| Rabobank, N.A. | 2600-000 | N/A | 22.21 | 22.21 | 22.21 |
| Rabobank, N.A. | 2600-000 | N/A | 21.48 | 21.48 | 21.48 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 20.07 | 20.07 | 20.07 |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$22,358.56** | **$22,358.56** | **$16,434.79** |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | 0.00 | 32,989.07 | 32,989.07 | 0.00 |
| 4 | Illinois Department of Revenue | 5900-000 | N/A | 21,365.00 | 21,365.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$54,354.07** | **$54,354.07** | **$0.00** |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7300-000 | N/A | 4,000.00 | 4,000.00 | 0.00 |
| 3 | COMMONWEALTH EDISON Co | 7100-000 | N/A | 1,105.18 | 1,105.18 | 0.00 |
| 4 | Illinois Department of Revenue | 7400-000 | N/A | 1,170.62 | 1,170.62 | 0.00 |
| 5 | Office of the U.S. Trustee | 7100-000 | N/A | 975.00 | 975.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$0.00** | **$7,250.80** | **$7,250.80** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-11183  **Trustee:** (330270) NORMAN NEWMAN
**Case Name:** ZEN GROUP, INC.  **Filed (f) or Converted (c):** 06/11/13 (c)
  **§341(a) Meeting Date:** 07/25/13
**Period Ending:** 12/11/15  **Claims Bar Date:** 12/26/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Business checking account, First Midwest Bank | 4,000.00 | 4,000.00 | | 1,373.11 | FA |
| 2  Heartland Housing - Security Deposit for Restaur | 5,125.00 | 5,125.00 | | 0.00 | FA |
| 3  Right to reinstate sales tax license revoked by | 0.00 | Unknown | | 0.00 | FA |
| 4  Business address; Tables and chairs, booths, off | 25,000.00 | 25,000.00 | | 6,250.00 | FA |
| 5  Beer cooler, juicer, steam tables, 2 deep fryer, | 80,000.00 | 80,000.00 | | 5,875.00 | FA |
| 6  Dishes, silverware, glassware, shelving units, p | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 7  Clothes, employee uniforms | 500.00 | 500.00 | | 0.00 | FA |
| 8  2 42 flat screen TV, JBL sound system, video sur | 5,000.00 | 5,000.00 | | 1,250.00 | FA |
| 9  Desk, computer, printer, filing cabinets, shelvi | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 10  POS system and printers | 6,500.00 | 6,500.00 | | 1,625.00 | FA |
| 11  Child Support  (u) | 0.00 | 0.00 | | 61.68 | FA |
| 11  **Assets  Totals** (Excluding unknown values) | **$139,125.00** | **$139,125.00** | | **$16,434.79** | **$0.00** |

**Major Activities Affecting Case Closing:**

Sold debtor's equipment and personal property. Employed accountant to prepare tax returns.

**Initial Projected Date Of Final Report (TFR):**  March 31, 2014  **Current Projected Date Of Final Report (TFR):**  October 15, 2015 (Actual)

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-11183  
**Case Name:** ZEN GROUP, INC.  

**Taxpayer ID #:** **-***3394  
**Period Ending:** 12/11/15

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********19 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/26/13 | {11} | SUPPORT, CHILD | Return of Child Support Payment for Employee-Cortes | 1290-000 | 61.68 | | 61.68 |
| 08/13/13 | {1} | NATIONAL ACCOUNT SERVICES | Turn over of bank account funds pursuant to Order dated 7/9/13 | 1129-000 | 1,373.11 | | 1,434.79 |
| 09/24/13 | | Q-BBQ LAGRANGE LLC | Sale of Personal Property pursuant to Order dated 9/24/13 | | 15,000.00 | | 16,434.79 |
| | {4} | | Business Address, tables, chairs, etc.   6,250.00 | 1129-000 | | | 16,434.79 |
| | {5} | | Beer cooler, juicer, steam tables, etc.   5,875.00 | 1129-000 | | | 16,434.79 |
| | {8} | | 2-42 flat screen TV, JBL sound system, etc.   1,250.00 | 1129-000 | | | 16,434.79 |
| | {10} | | POS system and printers   1,625.00 | 1129-000 | | | 16,434.79 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 16,424.79 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.42 | 16,400.37 |
| 12/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.60 | 16,376.77 |
| 12/13/13 | | ASSOCIATED BANK | TRANSFER TO RABOBANK, N.A. | 9999-000 | | 16,376.77 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 16,434.79 | 16,434.79 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 16,376.77 | |
| | | | **Subtotal** | | 16,434.79 | 58.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,434.79** | **$58.02** | |

{} Asset reference(s)                  Printed: 12/11/2015 02:04 PM    V.13.25

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-11183  
**Case Name:** ZEN GROUP, INC.  

**Taxpayer ID #:** **-***3394  
**Period Ending:** 12/11/15  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******4966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/13/13 | | RABOBANK, N.A. | TRANSFER FROM ASSOCIATED BANK | 9999-000 | 16,376.77 | | 16,376.77 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.13 | 16,362.64 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.31 | 16,338.33 |
| 02/05/14 | 10101 | MILLER COOPER & CO., LTD. | Retainer pursuant to Order dated 2/4/14 | 3410-000 | | 1,500.00 | 14,838.33 |
| 02/10/14 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2014 FOR CASE #13-11183, Bond #016026455 | 2300-000 | | 12.99 | 14,825.34 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.20 | 14,804.14 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.58 | 14,783.56 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.68 | 14,760.88 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.23 | 14,739.65 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.49 | 14,719.16 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.28 | 14,695.88 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.43 | 14,675.45 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.51 | 14,652.94 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.77 | 14,631.17 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.93 | 14,612.24 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.81 | 14,588.43 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.98 | 14,567.45 |
| 02/11/15 | 10103 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-11183, Bond Number 10BSBGR6291 Voided on 02/11/15 | 2300-000 | | 5.37 | 14,562.08 |
| 02/11/15 | 10103 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-11183, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | 2300-000 | | -5.37 | 14,567.45 |
| 02/11/15 | 10104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-11183, Bond Number 10BSBGR6291 Voided on 02/11/15 | 2300-000 | | 5.49 | 14,561.96 |
| 02/11/15 | 10104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-11183, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | 2300-000 | | -5.49 | 14,567.45 |
| 02/11/15 | 10105 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-11183, BOND NUMBER 10BSBGR6291 | 2300-000 | | 5.49 | 14,561.96 |

Subtotals : $16,376.77   $1,814.81

{} Asset reference(s)

Printed: 12/11/2015 02:04 PM   V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 13-11183  
**Case Name:** ZEN GROUP, INC.

**Taxpayer ID #:** **-***3394  
**Period Ending:** 12/11/15

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******4966 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.55 | 14,542.41 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.31 | 14,520.10 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.88 | 14,499.22 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.15 | 14,479.07 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.21 | 14,456.86 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.48 | 14,435.38 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.07 | 14,415.31 |
| 11/18/15 | 10106 | United States Trustee | Dividend paid 100.00% on $650.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 650.00 | 13,765.31 |
| 11/18/15 | 10107 | MILLER COOPER & CO., LTD. | Dividend paid 100.00% on $1,769.60, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 269.60 | 13,495.71 |
| 11/18/15 | 10108 | NORMAN NEWMAN | Dividend paid  69.49% on $2,393.48, Trustee Compensation;  Reference: | 2100-000 | | 1,663.37 | 11,832.34 |
| 11/18/15 | 10109 | MUCH SHELIST, P.C. | Dividend paid  69.49% on $67.50, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 46.91 | 11,785.43 |
| 11/18/15 | 10110 | MUCH SHELIST, P.C. | Dividend paid  69.49% on $16,958.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 11,785.43 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 16,376.77 | 16,376.77 | $0.00 |
| Less: Bank Transfers | | 16,376.77 | 0.00 | |
| Subtotal | | 0.00 | 16,376.77 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $16,376.77 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********19 | 16,434.79 | 58.02 | 0.00 |
| Checking # ******4966 | 0.00 | 16,376.77 | 0.00 |
| | $16,434.79 | $16,434.79 | $0.00 |

{} Asset reference(s)  
Printed: 12/11/2015 02:04 PM   V.13.25